IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLORIA A. POOLAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-08-107-D |
| ) | |
| AT&T MOBILITY, LLC, ) | |
| ) | |
| Defendant. | |

**ORDER**

On February 12, 2008, the Court filed an Order [Doc. No. 6] directing John Oliver Pieksen, Jr., counsel for Plaintiff, to register for electronic case filing in accordance with the rules of this Court. Counsel was advised that information regarding the registration requirements and procedures could be obtained through the Court's web site at [www.okwd.uscourts.gov.](www.okwd.uscourts.gov.) Counsel was further advised that his failure to register within fifteen (15) days of the February 12 Order would result in his name being stricken as counsel in this case.

That deadline has passed, and counsel has failed to register as required by the Order. Accordingly, John Oliver Pieksen, Jr. may not participate as counsel of record in this case. Plaintiff is directed to retain substitute counsel to represent her in this matter. New counsel for Plaintiff shall enter an appearance as required by the Local Civil Rules no later than April 25, 2008. If Plaintiff elects to appear *pro se*, she must enter her appearance no later than April 25, 2008. Failure to comply with these requirements may result in dismissal of this action without prejudice to its refiling.

In the interim, Defendant may serve John Oliver Pieksen, Jr. with copies of pleadings and other Court papers regarding this case. John Oliver Pieksen, Jr. is directed to provide a copy of this

Order to Plaintiff so that she may comply with the deadlines set forth herein; he is also directed to provide Plaintiff with any pleadings, Court papers, or materials received from Defendant prior to April 25, 2008.

    IT IS SO ORDERED this 24th day of March, 2008.

                                              _____
                                              TIMOTHY D. DeGIUSTI
                                              UNITED STATES DISTRICT JUDGE